UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SELBI CHARYEVA3 AND ARSLAN CHARYEV3,<br><br>              Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security (DHS); UR JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS); DANIELLE LEHMAN, Director of the San Francisco Asylum Office (ZSF), USCIS; LEANNE LEIGH, Director, [NW] District W41, USCIS; DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>              Defendants. | No. 2:23-cv-01977-RAJ<br><br>MINUTE ORDER GRANTING CONSOLIDATION<br><br>Lead Case: Charyeva3 et al. v. Mayorkas et al., 2:23-cv-01977-RAJ<br><br>Related Case: Charyev4 v. Mayorkas et al., 2:23-cv-01987-TLF<br><br>Related Case: Charyev6 et al. v. Mayorkas et al., 2:24-cv-00119-LK |

    The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

    Upon review of Plaintiffs' unopposed motion for consolidation, the Court finds that consolidation, pursuant to Fed. R. Civ. P. 42(a), is warranted. Accordingly, IT IS ORDERED that Plaintiffs' unopposed motion for consolidation is GRANTED, as follows:

MINUTE ORDER – 1

1. Case Nos. *Charyeva3 et al. v Mayorkas et al.*, 2:23-cv-01977-RAJ, *Charyev4 v Mayorkas* 2:23-cv-01987-TLF, and *Charyev6 et al. v Mayorkas et al.* 2:24-cv-00119-LK, are hereby consolidated for dispositive motion adjudication, discovery, trial, and all other purposes.

2. Case *Charyeva3 et al. v Mayorkas et al.,* No. 2:23-cv-01977-RAJ, is hereby designated as the "Lead Case."  Cases *Charyev4 v Mayorkas et al.,* 2:23-cv-01987-TLF, and *Charyev6 et al. v Mayorkas et al.,* 2:24-cv-00119-LK, are hereby designated as the "Related Cases."

3. The motion to consolidate filed in Lead Case *Charyeva3 et al. v Mayorkas et al.*, 2:23-cv-01977-RAJ (Dkt. # 15), is GRANTED.  The following cases shall be consolidated for all purposes: Lead Case *Charyeva3 et al. v Mayorkas et al.*, 2:23-cv-01977-RAJ, Related Case *Charyev4 v Mayorkas et al.*, 2:23-cv-01987-TLF, and Related Case *Charyev6 et al. v Mayorkas et al.*, 2:23-cv-00119-LK.  The deadline for Defendants to answer or otherwise respond to the complaint is June 10, 2024, in all three cases. Plaintiffs may file a motion for summary judgment on June 10, 2024.  All further documents in the consolidated action shall be filed in the matter *Charyeva3 et al. v Mayorkas et al.*, 2:23-cv-01977-RAJ, and bear that cause number.

4. If a party believes that an item in addition to those described in paragraph 3 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more individual member cases.  The motion must be filed in all the consolidated cases.

DATED this 10th day of June, 2024.

RAVI SUBRAMANIAN,
Clerk of the Court

  /s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones