UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SELBI CHARYEVA3, et al.,

            Plaintiffs,

   v.

ALEJANDRO MAYORKAS, et al.,

            Defendants.

Case No. C23-1977-RAJ-SKV

ORDER GRANTING LEAVE TO FILE

     Before the Court is Plaintiffs' Motion for Leave to File Proposed Exhibits to their Motion for Summary Judgment. *See* Dkt. 65. The Court previously struck numerous filings by Plaintiffs that failed to comply with applicable procedural rules. *See* Dkt. 64. The Court permitted Plaintiffs one opportunity to refile supplemental exhibits that accompanied some of those filings by May 21, 2025. *See* Dkt. 64 at 15–16.

     Plaintiffs filed their supplemental exhibits on May 22, 2025. *See* Dkt. 65. Plaintiffs state they filed late because their counsel confused the deadline in this case with one in another case. *See* Dkt. 65 at 2. Plaintiffs ask the Court to "find excusable neglect" and accept their filing. *See* Dkt. 65 at 3. Because Defendants have not opposed and Plaintiffs' filing otherwise substantially

ORDER GRANTING LEAVE TO FILE - 1

1  complies with the Court's requirements, the Court GRANTS Plaintiffs' motion and accepts their

2  untimely filing. *See* Dkt. 64 at 15–16.

3  The Clerk is directed to send copies of this Order to the Parties and to the Honorable

4  Richard A. Jones.

5  Dated this 23rd day of June, 2025.

                                             S. KATE VAUGHAN
                                             United States Magistrate Judge