UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SELBI CHARYEVA3, et al.,

        Plaintiffs,

    v.

ALEJANDRO MAYORKAS, et al.,

        Defendants.

Case No. C23-1977-RAJ-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses thereto, and the remaining record, the Court hereby:

(1)    ADOPTS the Report and Recommendation;

(2)    GRANTS Defendants' Motion to Dismiss at Docket No. 19; and

(3)    DISMISSES this action without prejudice.

The Clerk is directed to send copies of this Order to the Parties and to the Honorable S. Kate Vaughan.

Dated this 30th day of September 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1